UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| SANDRA L. SHORT | ) | |
| | ) | |
| v. | ) | No. 2:14-CV-247 |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security | ) | |

## **O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge. [Doc. 19]. No objections have been filed to this report. After careful consideration of the record as a whole, the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, the motion for judgment on the pleadings filed by the plaintiff is **GRANTED** insofar as it seeks a remand**,** [Doc.12], the motion for summary judgment filed by the defendant is **DENIED. [**Doc. 17].

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE