UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| SANDRA L. SHORT | ) |
| | ) |
| | ) |
| v. | ) No. 2:14-CV-247 |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security | ) |

ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge, [Doc. 26], concerning plaintiff's motion for attorney's fees, [Doc. 22], under 28 United States Code section 2412(d)(1)(A). No objections to the Report and Recommendation were filed. It is hereby ORDERED that the Report and Recommendation is ADOPTED and APPROVED and that the plaintiff's motion, [Doc. 22], is GRANTED. Accordingly, it is hereby ORDERED that fees in the amount of $2,412.50, costs in the amount of $400.00, and expenses in the amount of $20.10 be awarded.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE