UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

SANDRA LEIGH SHORT          )
                            )
V.                          )          NO. 2:14-CV-247
                            )
CAROLYN W. COLVIN,          )
Acting Commissioner of Social Security   )


REPORT AND RECOMMENDATION

Plaintiff's counsel has filed a Motion [28] for approval of an attorney fee under 42

U.S.C.§ 406(b) in the amount of $ 4,280.75.  The government does not oppose the request.

This fee is found to be appropriate and fair.  It is respectfully recommended that the Motion

be GRANTED.[1]

Respectfully Submitted:


 s/ Clifton L. Corker
United States Magistrate Judge

─────────────────────

[1]Any objections to this report and recommendation must be filed within fourteen (l4) days of its service or further appeal will be waived.  Thomas v. Arn, 474 U.S. 140 (1985); United States v. Walters, 638 F.2d 947-950 (6th Cir. 198l); 28 U.S.C. § 636(b)(1)(B) and (C).