UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| SANDRA LEIGH SHORT | ) |
| | ) |
| | ) |
| v. | ) No. 2:14-CV-247 |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security | ) |

ORDER

After consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 32], concerning plaintiff's motion for attorney's fees, [Doc. 28], under Title 42 United States Code section 406(b), it is hereby ORDERED that the Report and Recommendation is ADOPTED and APPROVED and that the plaintiff's motion is GRANTED. No objection was filed to this Report and Recommendation. Accordingly, it is hereby ORDERED a fee in the amount of $4,280.75 be awarded.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE